UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHLEEN MORIARTY,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>PORT OF SEATTLE,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-cv-01209-TL<br><br>ORDER GRANTING EXTENSION OF DISCOVERY DEADLINES |

Pursuant to the parties' joint request, Dkt. No. 32, the deadline for all motions regarding discovery is hereby extended by 30 days, from May 22, 2024 to June 21, 2024, and the deadline for completion of discovery is extended by 21 days from June 20, 2024 to July 11, 2024. The parties are reminded that no other case deadlines are changed by this Order.

Dated this 22nd day of May 2024.

　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING EXTENSION OF DISCOVERY DEADLINES - 1