CORBIN O. EARL
JONATHAN EDWARDS
Earl and Edwards PLLC
1334 S. Pioneer Way
Moses Lake, WA  98837
Telephone: (509) 765-1708
Facsimile: (509) 765-1705

Attorney for Plaintiff

The Honorable Tana Lin

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHELEEN MORIARTY, | No. 2:23-CV-1209-TL |
| Plaintiff, | |
| v. | |
| PORT OF SEATTLE, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE TRIAL AND SCHEDULING ORDER |
| Defendant. | |

### STIPULATION

IT IS STIPULATED by and between Corbin O. Earl and Jonathan Edwards, of Earl and Edwards PLLC, counsel for Plaintiff, and Molly Gibbons and Shannon Phillips of Summit Law Group, PLLC, counsel for Defendant, that the current trial date of November 18, 2024, should be stricken, setting the trial in this matter to a date amenable to the Court and issuing an amended Scheduling Order providing a 60-day extension for rebuttal expert disclosures and resetting the unexpired pre-trial deadlines. The basis for the trial continuance is that Plaintiff's counsel has just been retained by the formerly *pro se* litigant and needs to be able to review the case in order to complete discovery and be prepared for any dispositive or expert motions. As both parties were diligent in attempting to meet the previous deadlines, there is good cause to modify the case schedule and continue the trial.

STIPULATIONAND ORDER TO CONTINUE TRIAL: 1



Earl and Edwards PLLC
1334 S. Pioneer Way
Moses Lake, WA 98837

1   The Parties have stipulated, and ask, that a Jury Demand also be allowed to be filed.

2   We understand that the Court does not have availability until September 2025. Plaintiff's

3

4   counsel will be unavailable from November 4-17, 2025. Defendant's counsel does not have any

5

6   unavailable dates after September 1, 2025.

7   DATED this 27th day of June, 2024.

8

9

10  EARL AND EDWARDS, PLLC                SUMMIT LAW GROUP, PLLC

11

12

13   _/s/ Corbin O. Earl_                    _/s/ Molly Gibbons_
    CORBIN O. EARL, WSBA #52300           MOLLY GIBBONS, WSBA#58357
14  JONATHAN EDWARDS, WSBA#53589          SHANNON PHILLIPS, WSBA#25631

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

33

34

35

STIPULATIONAND ORDER TO CONTINUE TRIAL: 2

Earl and Edwards PLLC
1334 S. Pioneer Way
Moses Lake, WA 98837

1
2  **[~~PROPOSED~~ ORDER]**
3
4  THIS MATTER came before the above-entitled Court upon stipulation of counsel, the Court having examined the records and being fully advised in the matter, it is now
5
6  ORDERED that the trial of the above-entitled cause, currently scheduled for November 18, 2024, shall be stricken. This matter shall be set for trial on a date amenable to the Court, excluding November 4-17, 2025, and an amended case scheduling order, extending the rebuttal expert disclosure deadline by 60-days and resetting the unexpired pre-trial deadlines, shall be entered.  Plaintiff is permitted to file a Jury Demand.

DATED this 27th day of June, 2024.


JUDGE TANA LIN

STIPULATIONAND ORDER TO CONTINUE TRIAL: 3

Earl and Edwards PLLC
1334 S. Pioneer Way
Moses Lake, WA 98837