UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN MORIARTY,

              Plaintiff,

   v.

PORT OF SEATTLE,

              Defendant.

CASE NO. 2:23-cv-01209-TL

ORDER OF DISMISSAL

This matter is before the Court on its own motion. On September 29, 2024, the Court granted Defendant's motion for judgment on the pleadings (Dkt. No. 28), dismissing with prejudice Plaintiff's claims for violations of the First Amendment, violation of the Americans with Disabilities Act, tortious interference with existing contract, violations of the Equal Protection Clause, conspiracy to obstruct justice, and conspiracy to deprive rights. Dkt. No. 40 at 29. Plaintiff's claim for breach of contract was dismissed without prejudice, and she was granted leave to file an amended complaint by October 25, 2024. *Id.* at 29–30.

ORDER OF DISMISSAL - 1

1        Pursuant to the Court's Order on Motion for Judgment on the Pleadings (Dkt. No. 40), Plaintiff's amended complaint was due by no later than Friday, October 25, 2024. Plaintiff has not filed an amended complaint to date.

       Accordingly, Plaintiff's action is DISMISSED WITHOUT PREJUDICE.

       Dated this 20th day of November.

Tana Lin
United States District Judge