UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHLEEN MORIARTY,<br><br>              Plaintiff,<br>   v.<br><br>PORT OF SEATTLE,<br><br>             Defendant. | CASE NO. 2:23-cv-01209-TL<br><br>ORDER WITHDRAWING JUDGMENT |

      The Court erroneously dismissed this action while one claim remains. Defendant's Motion for Judgment on the Pleadings, which the Court granted, did not seek dismissal of Plaintiff's Title VII claim that she was entitled to an accommodation of her religious objections to vaccination, and that Defendant could have accommodated her without undue burden. *See* Dkt. No. 28 at 2; *see also* Dkt. No. 40 (Order Granting Defendant's Motion for Judgment on the Pleadings).

//

ORDER WITHDRAWING JUDGMENT - 1

The Court therefore WITHDRAWS the Order of Dismissal (Dkt. No. 41) and Judgment (Dkt. No. 42).

Dated this 20th day of November 2024.

Tana Lin
United States District Judge